JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AILYNN MORALES MALVERDES, et al.,<br>Plaintiffs,<br>v.<br>NISSAN NORTH AMERICA, INC., et al.,<br>Defendants. | Case No. 5:26-cv-01093-SP<br><br>**MEMORANDUM AND ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

On December 15, 2025, plaintiffs Ailynn Morales Malverdes et al. filed a complaint in the California Superior Court for the County of Riverside against defendants Nissan North America, Inc. et al., alleging violations of California's Song-Beverely Consumer Warranty Act. Docket no. 4-1. On March 9, 2026, defendant Nissan North America Inc. removed the case to this court, citing diversity jurisdiction under 28 U.S.C. § 1332. Docket no. 1.

On March 8, 2026, plaintiffs filed a motion to remand the case to the Riverside County Superior Court. Docket no. 8. On March 15, 2026, defendant filed a notice of non-opposition to plaintiffs' motion to remand, stating that it "does not oppose Plaintiffs' request that this matter be remanded . . . and take no position adverse to Plaintiffs' Motion." Docket no. 9 at 1.

"A statement of non-opposition may be deemed consent to the granting of a motion." *Alvarez Rivera v. Warden, Desert View Facility*, 2026 WL 1500404, at *2 (C.D. Cal. May 26, 2026). When the parties consent and agree that a case should be remanded to the state court, "it is unnecessary for the Court to engage in a detailed analysis" to grant plaintiffs' motion. *See Gertler v. Omni Hotels Mgmt. Corp.*, 2024 WL 713764, at *1 (C.D. Cal. Feb. 21, 2024) (collecting cases); *see also Rivali v. Shutterfly, LLC*, 2022 WL 3127866, at *1 (C.D. Cal. June 28, 2022) (granting defendant's motion to compel arbitration based on plaintiff's lack of opposition to the motion). Therefore, based on defendant's non-opposition, the court grants plaintiffs' motion to remand this case to the California Superior Court.

IT IS THEREFORE ORDERED that: (1) this matter will be REMANDED to the Superior Court of California, County of Riverside pursuant to 28 U.S.C. § 1447(c); and (2) the Court Clerk shall send a certified copy of this Order to the state court.

Dated: July 17, 2026

SHERI PYM
United States Magistrate Judge